UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

PATHWAY HOLDINGS, LLC, Case No. 8:11-bk-1162-MGW

Debtor. Chapter 11

_________________________________/

**DEBTORS' MOTION FOR JOINT ADMINISTRATION OF AFFILIATED CASES**
**(EXPEDITED RELIEF REQUESTED)**

Pathways Holdings, LLC ("Pathway"), and its affiliates TECHNO-ORG, LLC f/k/a Organica Technologies, LLC ("Techno-Org"), and Organica Biotech, Inc. ("Organica"), (collectively, the "Debtors"), by and through proposed bankruptcy counsel, file this motion (the "Motion") for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing joint administration of the Debtors' cases for procedural purposes only. In support of this Motion, the Debtors respectfully represent as follows:

## JURISDICTION

1. This Court has jurisdiction to hear the Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1015 authorize the relief requested in this Motion.

## BACKGROUND

2. On January 25, 2011, (the "Petition Date"), the Debtors each filed a Voluntary Petition for Relief under chapter 11 of the Bankruptcy Code. The Debtors are authorized to

continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No request for appointment of a chapter 11 trustee or examiner has been made and, as of the date hereof, no official committee has been appointed.

**Structure and Ownership of Debtors**

4. Pathway owns one-hundred percent (100%) of the equity interest in its affiliate Techno-Org and eighty-five percent (85%) of the equity interest in Organica.

5. The Debtors have common officers and managers. Additionally, the payment of obligations, and other corporation finances for all of the Debtors is controlled by Pathway.

**RELIEF REQUESTED**

6. By this Motion, the Debtors move for the joint administration, for procedural purposes only, of their respective cases contemporaneously with the filing of their voluntary petitions. The Debtors submit that joint administration, for procedural purposes only, is in the best interest of each of the Debtors' estates and will ease the administrative burden on their creditors, this Court and other interested parties.

7. Rule 1015(b) of the Bankruptcy Rules provides that if two or more petitions for relief are pending in the same court by or against a debtor and its affiliate, the court may order a joint administration of the cases. The Debtors in these cases include Pathway and two (2) of its affiliates. Pursuant to the definition of "affiliate" in section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b), Techno-Org and Organica are affiliates of Pathways. Accordingly, the joint administration of the Debtors' Chapter 11 cases solely for procedural purposes is appropriate under Bankruptcy Rule 1015(b).

8. Moreover, as the Debtors' financial affairs and business operations are so intertwined, joint administration will ease the administrative burden on the Court and all parties in interest. Additionally, many of the motions, hearings, and orders in the Debtors' chapter 11 cases will affect each of the Debtors and their respective estates. Joint administration will reduce the fees and costs and avoid the need for filing duplicative documents in the Debtors' various cases.

9. In order to optimally and economically administer the Debtors' three pending chapter 11 cases, the Debtors' cases should be jointly administered, for procedural purposes only, under the case number assigned to Pathway Holdings, LLC, with Pathway Holdings, LLC, designated as the Lead Case.

10. Joint administration will not adversely affect the rights of the creditors of each of the respective Debtors because this Motion only requests the administrative consolidation of the Debtors' estates. The Debtors are not seeking substantive consolidation at this time, but reserve the right to do so in the future. Any creditor may still file a claim against a particular Debtor and its estate, or multiple Debtors and their respective estates. Thus, joint administration will enhance the rights of all creditors by enabling the Clerk of the Court to utilize a single docket and combine notices to creditors of the Debtors' respective estates and other parties in interest, without impacting such parties' substantive rights.

11. Joint administration will also enable participants in these cases to more easily apprise the various parties in interest of the matters before the Court in all of the Debtors' chapter 11 cases. Further, joint administration will relieve the Court of the burden of entering duplicative orders and maintaining duplicative files and will simplify the Office of the United States Trustee's (the "U.S. Trustee") supervision and administrative aspects of the Debtors'

chapter 11 cases. For these reasons, joint administration of the Debtors' chapter 11 cases, for procedural purposes only, will best serve the interests of the Debtors, their creditors, and other parties in interest.

12. The Debtors request that the Court modify the caption of the Debtors' chapter 11 cases to reflect their joint administration as follows:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| PATHWAY HOLDINGS, LLC,<br>TECHNO-ORG, LLC f/k/a<br>ORGANICA TECHNOLOGIES, LLC,<br>ORGANICA BIOTECH, INC., | Case No. 8:11-bk-1162-MGW [Lead Case]<br>Case No. 8:11-bk-1163-MGW<br><br>Case No. 8:11-bk-1164<br>(Jointly Administered Cases) |
| Debtors. | |
| ___________________________________/ | |

13. The Debtors further request that the Clerk of the Court enter a docket entry in each of the above-captioned cases substantially as follows:

> "An Order has been entered in this case under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Pathway Holdings, LLC, TECHNO-ORG, LLC f/k/a Organica Technologies, LLC, and Organica Biotech, Inc. The docket of Pathway Holdings, LLC, Case No. 8:11-bk-1162-MGW should be consulted for all matters affecting this chapter 11 case."

14. Finally, the Debtors seek authority to file monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis if the Debtors determine, after consulting with the U.S. Trustee, that consolidated reports would (i) increase administrative

economy and efficiency in the Debtors' chapter 11 cases without prejudice to any party in interest, and (ii) accurately reflect the Debtors' business operations and financial affairs.

WHEREFORE**,** each of the Debtors respectfully requests that the Court enter an order granting the relief requested in the Motion and such further relief as is just and proper.

Dated this 26th day of January, 2011.

*/s/ Suzy Tate*
David S. Jennis
Florida Bar No. 775940
Suzy Tate
Florida Bar No. 22071
**Jennis & Bowen**
400 N. Ashley Dr., Ste. 2540
Tampa, FL 33602
Telephone: (813) 229-1700
Facsimile: (813) 229-1707
state@jennisbowen.com
Attorneys for the Debtors
And Debtors-in-Possession

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing ***Debtors' Motion for Joint Administration of Affiliated Cases*** has been furnished by first class U.S. Mail or by CM/ECF electronic service to **Office of the U.S. Trustee**, 501 East Polk Street, Timberlake Annex, Suite 1200, Tampa, FL 33602; and to those parties who receive electronic notices via CM/ECF in the ordinary course of business, on this the 26th day of January, 2011.

*/s/ Suzy Tate*
Attorney